In the Matter of the Appointment of Hon. O. GRANT ESTERBROOK as Official Referee.— Hon. O. Grant Esterbrook appointed official referee of the Municipal Court of the City of New York and assigned to hear references in such court in the boroughs of Brooklyn, Queens and Richmond. Present — Lazansky, P. J., Young, Hagarty, Carswell, Scudder, Tompkins, Davis and Johnston, JJ.